49 P.3d 273

**In re the ESTATE OF: James I. FISHMAN, Deceased.**

**No. CV–01–0351–PR.**

Supreme Court of Arizona.

July 9, 2002.

## ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED AS FOLLOWS:

1. The order granting review is vacated;
2. The Petition for Review is denied; and
3. The Court of Appeals Opinion shall be depublished, pursuant to Rule 111(g), Rules of the Supreme Court.